**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court

District of Arizona
Case No. **2:11−bk−19251−CGC**
**Chapter 7**

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  DARREN JAY MILLER                                   WUI KENG MILLER
  5553 S ROANOKE ST                               aka WIU K CHIAM, aka WIU CHIAM,
  GILBERT, AZ 85298                                aka ANNIE PEGGY
                                                                    5553 S ROANOKE ST
                                                                     GILBERT, AZ 85298

Social Security / Individual Taxpayer ID No.:
  xxx−xx−8927                                                 xxx−xx−1096

Employer Tax ID / Other nos.:

# DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                     BY THE COURT

Dated: 4/2/12                                             Charles G. Case II
                                                                United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                                     United States Bankruptcy Court
                                           District of Arizona
In re:                                                                      Case No. 11-19251-CGC
DARREN JAY MILLER                                                           Chapter 7
WUI KENG MILLER
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0970-2         User: admin                Page 1 of 3              Date Rcvd: Apr 02, 2012
                             Form ID: b18               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2012.
db/jdb     +DARREN JAY MILLER,   WUI KENG MILLER,    5553 S ROANOKE ST,    GILBERT, AZ 85298-3425
tr         +DAVID A. BIRDSELL,   216 N. CENTER,   MESA, AZ 85201-6629
cr         +TEXAS GUARANTEED STUDENT LOAN CORPORATION,    ATTN: JOHN DISMUKES, BK TEAM LEADER,    PO BOX 83100,
             ROUND ROCK, TX 78683-3100
10571844   +ACS EDUCATION SERVICES,   501 BLEECKER ST,    UTICA NY 13501-2401
10571846   +ACS EDUCATION/BANK OF AMERICA,    501 BLEECKER ST,   UTICA NY 13501-2401
10630647    BENEFICIAL WISCONSIN INC.,    P O BOX 10490, VIRGINIA BEACH, VA 23450
10668354    Bank of America,   c/o California Student Aid Commission,    Accounts Receivable,    PO Box 419041,
             Rancho Cordova, CA 95741-9041
10571851   +COLLECTION SERVICE BUR,   MEDICAL PAYMENT DATA,    2901 N 78TH ST,   SCOTTSDALE AZ 85251-6547
10635598   +Freedom Mortgage Corporation,    c/o McCarthy, Holthus & Levine,
             8502 E. Via De Ventura, Suite 200,    Scottsdale, AZ 85258-3240
10571855   +GMAC MORTGAGE,   PO BOX 4622,   WATERLOO IA 50704-4622
10571858   +HAMMERMAN & HULTGREN, PC,    BENEFICIAL FINANCIAL , INC.,    3101 NORTH CENTRAL, STE 500,
             PHOENIX AZ 85012-2639
10571863   +J R BROTHERS FINANCE INC,    CHANDLER ANESTHESIA PB,   10000 N 31ST AVE, STE D200,
             PHOENIX AZ 85051-9570
10571864  +++JENNIFER CARLSON,   2113 CUMMINGS LN,   FLOSSMOOR IL 60422-1312
10571865    LOANCARE SERVICING CTR,   FREEDOM MORTGAGE,    INTERSTATE CORP CNTR, BLD 9,    NORFOLK VA 23502
10710770   +Premier Bankcard/Charter,    P.O. Box 2208,   Vacaville, CA 95696-8208
10571867   +SANTANDER CONSUMER USA,   PO BOX 961245,    FT WORTH TX 76161-0244
10837548   +Santander Consumer USA Inc. as successor-in-intere,    c/o Poli & Ball, PLC,
             2999 N. 44th St, Ste 500,    Phoenix, AZ 85018-7252
10772948    Texas Guaranteed Student Loan Corp,    PO Box 83100,   Round Rock, TX 78683-3100
10571868   +UNIFUND,   CHASE,   10625 TECHWOODS CIRCLE,    CINCINNATI OH 45242-2846
10696862    WELLS FARGO BANK, N.A.,    c/o Texas Guaranteed Student Loan Corpor,    PO BOX 83100,
             Round Rock, TX 78683-3100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: AZDEPREV.COM Apr 03 2012 01:08:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
             1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
cr         +EDI: ECMC.COM Apr 03 2012 01:08:00      ECMC,   P O Box 75906,   Saint Paul, MN 55175-0906
10722905   +EDI: OPHSUBSID.COM Apr 03 2012 01:08:00      BACK BOWL I LLC, SERIES B,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
10571847   +EDI: HFC.COM Apr 03 2012 01:08:00      BENEFICIAL/HOUSEHOLD FINANCE,    PO BOX 3425,
             BUFFALO NY 14240-3425
10571848   +EDI: CAPITALONE.COM Apr 03 2012 01:08:00      CAPITAL ONE,   PO BOX 30281,
             SALT LAKE CITY UT 84130-0281
10571850   +EDI: CHASE.COM Apr 03 2012 01:08:00      CHASE BANK USA,   PO BOX 15298,
             WILMINGTON DE 19850-5298
10571852   +E-mail/Text: electronicbkydocs@nelnet.net Apr 03 2012 01:23:43     DEPT OF EDUCATION/NEL.NET,
             121 S 13TH ST,   LINCOLN NE 68508-1904
10861594   +EDI: ECMC.COM Apr 03 2012 01:08:00      ECMC,   P.O. Box 75906,   St. Paul, MN 55175-0906
10571854   +E-mail/Text: admin@fcs2collect.com Apr 03 2012 01:21:29     FALLS COLLECTION SERVICE,
             WE ENERGIES INVOICE PROCESSING,    PO BOX 668,   GERMANTOWN WI 53022-0668
10571856   +E-mail/Text: bknoticing@grantweber.com Apr 03 2012 01:23:33     GRANT & WEBBER,
             CHANDLER REGIONAL HOSPITAL,    14795 N 78TH WAY, STE 800,   SCOTTSDALE AZ 85260-6915
10571859   +EDI: HFC.COM Apr 03 2012 01:08:00      HSBC BANK,   PO BOX 5253,   CAROL STREAM IL 60197-5253
10571862   +EDI: IRS.COM Apr 03 2012 01:08:00      INTERNAL REVENUE SERVICE,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
10724374   +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Apr 03 2012 01:22:15
             Illinois Student Assistance Commission,    1755 Lake Cook Road,   Deerfield IL 60015-5209
10722859   +EDI: OPHSUBSID.COM Apr 03 2012 01:08:00      LINDIA LLC,   C O WEINSTEIN AND RILEY, PS,
             2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
10679486   +E-mail/Text: electronicbkydocs@nelnet.net Apr 03 2012 01:23:43
             Nelnet on behalf of the U.S. Dept. of Education,    3015 South Parker Road, Suite 400,
             Aurora, CO 80014-2904
10571866   +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 03 2012 03:08:43     REGIONAL ACCEPTANCE CORP,
             304 KELLM ROAD,   VIRGINIA BEACH, VA 23462-2712
10728828    E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Apr 03 2012 03:08:43     Regional Acceptance Corporation,
             PO Box 1847,   Wilson, NC 27894-1847
10571869   +E-mail/Text: Bankruptcy-Notifications@we-energies.com Apr 03 2012 01:22:10
             WISCONSIN ELECTRIC POWER,   231 W MICHIGAN ST #A 130,   MILWAUKEE WI 53203-2918
10893296    E-mail/Text: Bankruptcy-Notifications@we-energies.com Apr 03 2012 01:22:10
             WISCONSIN ELECTRIC POWER COMPANY,    WE ENERGIES,   333 W EVERETT ST RM A130  BK DEPT,
             MILWAUKEE, WI  53203
                                                                                              TOTAL: 19
```

```
District/off: 0970-2            User: admin                  Page 2 of 3                  Date Rcvd: Apr 02, 2012
                                Form ID: b18                 Total Noticed: 39
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +SANTANDER CONSUMER USA INC. as successor-in-intere,   c/o Poli & Ball, PLC,
              2999 N. 44th St, Ste 500,    Phoenix, AZ 85018-7252
10571845*   +ACS EDUCATION SERVICES,    501 BLEECKER ST,    UTICA NY 13501-2401
10571849*   +CAPITAL ONE,    PO BOX 30281,    SALT LAKE CITY UT 84130-0281
10571853*   +DEPT OF EDUCATION/NEL.NET,    121 S 13TH ST,    LINCOLN NE 68508-1904
10571857*   +GRANT & WEBBER,    CHANDLER REGIONAL HOSPITAL,    14795 N 78TH WAY, STE 800,
              SCOTTSDALE AZ 85260-6915
10571860*   +HSBC BANK,    PO BOX 5253,    CAROL STREAM IL 60197-5253
10571861*   +HSBC BANK,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2012**                        **Signature:**        *Joseph Speetjens*

```
District/off: 0970-2                  User: admin                      Page 3 of 3                  Date Rcvd: Apr 02, 2012
                                      Form ID: b18                     Total Noticed: 39
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2012 at the address(es) listed below:
         DAVID A. BIRDSELL    dab@azbktrustee.com, az15@ecfcbis.com
         JAMES B BALL    on behalf of Creditor  SANTANDER CONSUMER USA INC. as successor-in-interest to
          CITIFINANCIAL AUTO ball@poliball.com,
          garcia@poliball.com;fern@poliball.com;belmontes@poliball.com
         JAMES B. BALL    on behalf of Creditor  SANTANDER CONSUMER USA INC. as successor-in-interest to
          CITIFINANCIAL AUTO ball@poliball.com,  garcia@poliball.com,fern@poliball.com
         JESSICA  SABO    on behalf of Trustee EDWARD MANEY jsabo@maney13trustee.com
         RAYMOND L. MILLER    on behalf of Debtor DARREN MILLER raymilleratty@yahoo.com,
          millerlawfirm@ymail.com;millerlawfirmaz@gmail.com
         U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                                                                            TOTAL: 6